# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



```
RECEIVED & FILED
99 SEP 10 AM 11:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
```

ROBERTO RAMIREZ FERRER

VS.                                     CIVIL NO. __98-2037__ (JAF)

SONY PUERTO RICO, INC.

---

## DESCRIPTION OF MOTION

DATE FILED: 7/30/99   DOCKET: 8   TITLE: MOTION REQUESTING EXTENSION OF TIME.

[ ] Plaintiff(s)
[X] Defendant(s)

---

## O-R-D-E-R

**XX** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

_____
_____
_____
_____
_____

September 9, 1999
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE