Case 3:98-cv-02037-JAG   Document 11   Filed 12/09/1999   Page 1 of 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



ROBERTO RAMIREZ-FERRER,

    VS.                                 CIVIL NO. __98-2037__ (JAF)

SONY PUERTO RICO, INC.,

---

### DESCRIPTION OF MOTION

DATE FILED: 12/8/99  DOCKET:

[ ] Plaintiff(s)
[X] Defendant(s)

TITLE: MOTION REQUESTING CONTINUANCE OF TRIAL AND STATUS CONFERENCE.

---

### O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

---

OTHER: THE TRIAL SET TO COMMENCE ON DECEMBER 13, 1999, IS HEREBY RESCHEDULED FOR JUNE 26, 2000, AT 9:30 A.M.

    A STATUS/SETTLEMENT CONFERENCE SHALL BE HELD ON MAY 8, 2000, AT 12:00 NOON.

12-9-99
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE