# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ROBERTO RAMIREZ FERRER

VS.

SONY PUERTO RICO, INC.

CIVIL NO. 98-2037(JAF)

---

## DESCRIPTION OF MOTION

| | |
|---|---|
| **DATE FILED:** 03/24/00 **DOCKET #:** 12 | **TITLE:** MOTION by Sony Puerto Rico \|for setting of S/C\|, and \|for Leave to File mot for summary jdmt\| |
| [ ] Plaintiff(s) [X] Defendant(s) | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Denied*

---

4-12-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(13)