# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



Roberto Ramírez Ferrer

VS.

Sony Puerto Rico Inc.

CIVIL NO. 98-2037 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |

### O-R-D-E-R

S/c held. The motion for summary judgment shall be filed before May 15 as promised. The opposition shall be due June 15.

5-8-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE