## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



ROBERTO RAMIREZ-FERRER

    VS.                          CIVIL NO. __98-2037__ (JAF)

SONY PUERTO RICO, INC.

| DESCRIPTION OF MOTION |
|---|
| DATE FILED:    DOCKET:    TITLE: |
| [ ] Plffs.     [ ] Defts. |
| O-R-D-E-R |
| THE TRIAL SCHEDULED TO COMMENCE ON JUNE 26, 2000, IS NOW VACATED SINE DIE. |

June 21, 2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE