# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAMIREZ-FERRER, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-2037 (JAG)

SONY PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 05/16/00<br>**Title:** Motion to Accept Spanish Language Documents<br>**Docket:** 15<br>[ ] Plffs   [x] Defts   [ ] Other | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

Date: October 18, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge