UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ROBERTO RAMIREZ-FERRER

    **Plaintiff(s)**

    v.                                  **CIVIL NUMBER:** 98-2037 (JAG)

SONY PUERTO RICO

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/18/00<br>**Title:** Informative Motion<br>**Docket(s):** 27<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | NOTED. |

**Date:** January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

29