IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAMIREZ-FERRER

**Plaintiff(s)**

v.  CIVIL NO. 98-2037 (JAG)

SONY PUERTO RICO

**Defendant(s)**

## ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo A. Gelpí for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge