UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAMIREZ-FERRER

**Plaintiff(s)**

v.    CIVIL NUMBER:    98-2037 (JAG)

SONY PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/11/01<br>**Title:** Motion Requesting Dismissal of Plaintiffs' Objections to the Magistrate's Report and Recommendations, or in the Alternative Request for Extension of Time to Reply<br>**Docket(s):** 35<br>[ ] **Plff(s)**    [x] **Dft(s)**    [ ] **Other** | **GRANTED** as to the request for extension. **DENIED** as to the request for dismissal. |

Date:  January 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

