UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAMIREZ-FERRER

Plaintiff(s)

v.  CIVIL NUMBER: 98-2037 (JAG)

SONY PUERTO RICO

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/18/01<br>**Title:** Plaintiff's Reply to Defendant's Motion<br>**Docket(s):** 36<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The request for dismissal of plaintiff's objections to Magistrate's Report and Recommendation is **denied**. Defendant's request for extension is **moot**. |

Date: January 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


