IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAMIREZ-FERRER

    Plaintiff                     CIVIL NO. 98-2037 (JAG)

    v.

SONY PUERTO RICO, INC.

    Defendant

## JUDGMENT

Based on the Opinion and Order of this date, the Court enters judgment dismissing the plaintiff's Title VII claim with prejudice.

The Court declines to exercise its supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367 and they are hereby dismissed without prejudiced. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of March 2002.

                                       JAY A. GARCIA-GREGORY
                                       United States District Judge