RECEIVED & FILED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | | |
|---|---|---|
| ROBERTO RAMIREZ FERRER | * | |
| | * | |
| PLAINTIFF-APPELANT | * | |
| | * | CIVIL ACTION NO.: 98-2037 (JAG) |
| VS. | * | |
| | * | |
| SONY PUERTO RICO, INC. | * | NOTICE OF APPEAL |
| | * | |
| DEFENDANT-APPELLEE | * | |

*********************************

## NOTICE OF APPEAL

Notice is hereby given that Roberto Ramírez-Ferrer appeals to the United States Courts of Appeals for the First Circuit from the judgment entered in this case in favor of Sony Puerto Rico, Inc., on March 20th, 2002, by Hon. Jay A. García Gregory, U.S.D.J. dismissing plaintiff's Title VII claim with prejudice and declining to exercise its supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date a true and exact copy of this motion was sent to **Graciela J. Belaval, Esq.,** and **Roberto E. Vega Pacheco, Esq.**, MARTINEZ, ODELL & CALABRIA, PO Box 190998, San Juan, PR 00919-0998.


(2) appeals clerk

-2-

RESPECTFULLY SUBMITTED.

IN SAN JUAN, PUERTO RICO, THIS 9th DAY OF APRIL, 2002.

        ALDARONDO GIRALD LAW OFFICES
        ESQUIRE BUILDING, SUITE 701
        2 VELA STREET
        SAN JUAN, PR 00918-3606
        TEL: (787) 766-2876 / FAX: 751-9832

        _____
        GODWIN ALDARONDO-GIRALD
        USDC-PR NO. 125205