# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 AUG 26 PM 12: 00

RECEIVED AND FILED

ROBERTO RAMIREZ-FERRER

**Plaintiff(s)**

v.                                                          **CIVIL NUMBER:** 98-2037 (JAG)

SONY PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/30/02<br>**Title:** Informative Motion<br>**Docket(s):** 45 | NOTED. This motion should be filed in the United States Court of Appeals for the First Circuit where an appeal is pending. |
| [x] Plff(s)   [ ] Dft(s)   [ ] Other | |

Date: August 22, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


appeal

